# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

In the Matter of Debtor/Employee:                )   Chapter 13

Pamela Jean Bowdre                     )

55 Parham St Apt 203                   )   Case No: 20-10981-SDB

Warrenton, GA 30828                  )

### NOTICE TO COMMENCE WAGE WITHHOLDING

Pursuant to General Order 2013-1, issued by the UNITED STATES BANKRUPTCY COURT for the Southern District of Georgia on February 22, 2013,  NOTICE IS HEREBY GIVEN that the Debtor's employer:

Columbia County Board Of Educa

4781 Hereford Farm Rd

Attn Payroll

Evans, GA 30809

which owes wages to the Debtor, shall withhold therefrom, to the exclusion of all other deductions and legal processes, except for

- taxes;
- court-ordered child support payments;
- employee portion of the cost of medical benefits;
- employee portion of the cost of term-life insurance obtained through Debtor's employer;
- required contributions to the Debtor's retirement or pension plan if maintained by the Debtor's employer, and
- labor union dues,

the equivalent monthly amount of $484.00 beginning **IMMEDIATELY** and shall remit said funds, at least monthly, to the Chapter 13 Trustee at the address below, and shall continue to do so each month until further notice. If Debtor receives wages weekly, bi-weekly, semi-monthly or in any manner that is more frequent than once each month, the employer shall deduct a portion of the Debtor's monthly plan payment from each wage payment unless the Debtor requests the full amount be deducted in one  payment each  month, as outlined below:

| Weekly | Bi-Weekly | Semi-Monthly | Monthly |
|--------|-----------|--------------|---------|
| $111.69 | $223.38 | $242.00 | $484.00 |

**UNTIL FURTHER NOTICE, YOU ARE REQUIRED AND DIRECTED TO REMIT PAYMENTS TO:**
## Office of the Chapter 13 Trustee - Augusta
## P O Box 102173
## Atlanta, GA 30368-2173

The Employee/Debtor's name and case number must be on your payments. Contact the Trustee's Office at 706-724-1039 to submit electronic payments. Please notify the Trustee's Office if and when the debtor leaves your employment.

Employers may not deduct from Debtor's earnings any sum for expenses for administering this Notice unless approved by the Court upon application. Objections to this Notice must be filed in writing with the United States Bankruptcy Court at the following address: P O Box 1487, Augusta, GA 30903. DO NOT SEND PAYMENTS TO THIS ADDRESS.

This 11th day of July 2024.

cc: Duncan & Brow Augusta PC
    Attorneys at Law
    3574 Riverwatch Pkwy
    Augusta, GA 30907

_____

Huon Le

Chapter 13 Trustee